| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frank M Flager**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3464<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | **Laura M Flager**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5593<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–33124–RG | | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank M Flager                                    Laura M Flager
aka Mickey Flagger

<u>1/6/23</u>                                                            **By the court:** <u>Rosemary Gambardella</u>
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-33124-RG

Frank M Flager  Chapter 13

Laura M Flager

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jan 06, 2023  Form ID: 3180W  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank M Flager, Laura M Flager, 230 Hillside Avenue, Paramus, NJ 07652-4608 |
| 517178772 | + | Mb Fin Svcs, 36455 Corporate Dr, Farmington Hills, MI 48331-3552 |
| 517178774 | + | Rose Flager, 230 Hillside Ave., Paramus, NJ 07652-4608 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 07 2023 01:34:00 | Ais Portfolio Services, LP Attn: Capital One Auto, PO BOX 165028, Irving, TX 75016-5028 |
| cr | | EDI: MERCEDES | Jan 07 2023 01:34:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | + | EDI: RMSC.COM | Jan 07 2023 01:34:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517178765 | + | EDI: CITICORP.COM | Jan 07 2023 01:34:00 | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517392683 | + | EDI: BANKAMER2.COM | Jan 07 2023 01:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517178766 | + | EDI: BANKAMER.COM | Jan 07 2023 01:34:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 517178767 | + | EDI: BANKAMER.COM | Jan 07 2023 01:34:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 517178768 | | EDI: CAPITALONE.COM | Jan 07 2023 01:34:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517178769 | + | EDI: CAPONEAUTO.COM | Jan 07 2023 01:34:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517189523 | + | EDI: AISACG.COM | Jan 07 2023 01:34:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517187254 | + | EDI: AISACG.COM | Jan 07 2023 01:34:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517307934 | | EDI: Q3G.COM | Jan 07 2023 01:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 17-33124-RG    Doc 40    Filed 01/08/23    Entered 01/09/23 00:16:22    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 517178770 | + | EDI: CITICORP.COM | Jan 07 2023 01:34:00 | Exxmblciti, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517178771 | + | EDI: PHINAMERI.COM | Jan 07 2023 01:34:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 517344894 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2023 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517323754 | | EDI: PRA.COM | Jan 07 2023 01:34:00 | Portfolio Recovery Associates, LLC, c/o Sears MasterCard, POB 41067, Norfolk VA 23541 |
| 517379413 | | EDI: Q3G.COM | Jan 07 2023 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517178773 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2023 20:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517276275 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2023 20:39:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517178775 | + | EDI: CITICORP.COM | Jan 07 2023 01:34:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517178776 | + | EDI: RMSC.COM | Jan 07 2023 01:34:00 | Syncb/banarepdc, Po Box 965005, Orlando, FL 32896-5005 |
| 517178777 | + | EDI: RMSC.COM | Jan 07 2023 01:34:00 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 517389778 | + | EDI: RMSC.COM | Jan 07 2023 01:34:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517181254 | + | EDI: RMSC.COM | Jan 07 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517178779 | | EDI: TDBANKNORTH.COM | Jan 07 2023 01:34:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 517276490 | + | EDI: AIS.COM | Jan 07 2023 01:34:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517178778 | | Syncb/pc Richard |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 06, 2023 | Form ID: 3180W | Total Noticed: 31 |
| Date: Jan 08, 2023 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

**Name**      **Email Address**

David L. Stevens
on behalf of Debtor Frank M Flager dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

David L. Stevens
on behalf of Joint Debtor Laura M Flager dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) as Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Paul Evangelista
on behalf of Debtor Frank M Flager pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064

Paul Evangelista
on behalf of Joint Debtor Laura M Flager pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;15905&#064

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9