Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                Case No.:  17−33124−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frank M Flager<br>aka Mickey Flagger<br>230 Hillside Avenue<br>Paramus, NJ 07652 | Laura M Flager<br>230 Hillside Avenue<br>Paramus, NJ 07652 |

Social Security No.:
  xxx−xx−3464                                     xxx−xx−5593

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 7, 2023</u>                 <u>Rosemary Gambardella</u>
                                              Judge, United States Bankruptcy Court